# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANFOSS A/S, § § Plaintiff, § § v. § § EMERSON CLIMATE TECHNOLOGIES, INC., § § Defendant. § § | CIVIL ACTION NO. _____ **DEMAND FOR JURY TRIAL** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Danfoss A/S files this Corporate Disclosure Statement as follows:

Danfoss A/S does not have any parent corporation, nor does any publicly held corporation own 10% or more of the stock of Danfoss A/S.

Dated: October 22, 2018

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

By : */s/* John C. Phillips, Jr.
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Plaintiff Danfoss A/S*